IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>AMERIPRISE FINANCIAL )<br>SERVICES, INC., )<br>)<br>    Garnishee, )<br>)<br>BRYAN M. MARCHAND, )<br>)<br>    Defendant. ) | MISC. ACTION NO.<br>2:15mc3719-MHT<br>(WO) |

OPINION

The government filed an application for a writ of garnishment in an effort to obtain funds held by the garnishee for defendant Bryan M. Marchand. Marchand filed an objection to the writ and a motion to quash, and requested that the government pay his attorneys' fees and litigation expenses. The government filed a motion for final disposition. This matter is now before the court on the recommendation of the United

States Magistrate Judge that Marchand's objection be overruled and that his motion to quash and request for payment of fees and expenses be denied, and that the government's motion for final disposition be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objection should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of June, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**