IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:15mc3719-MHT |
| | ) | (WO) |
| AMERIPRISE FINANCIAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| BRYAN M. MARCHAND, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 15) is adopted.

(2) Defendant Bryan M. Marchand's objections (doc. no. 4) are overruled.

(3) Defendant Marchand's motion to quash (doc. no. 4) is denied.

(4) Defendant Marchand's request for payment of attorneys' fees and litigation expenses (doc. no. 4) is denied.

(5) The government's motion for final disposition (doc. no. 13) is granted.

(6) Garnishee Ameriprise Financial Services, Inc. is to relinquish to the clerk of court the funds in the accounts identified in garnishee's answer (doc. no. 10) (Brokerage Acct# (14078845-6-133), Individual IRA Acct# (39138958-2-133), and Roth IRA Acct# (55932901-6-133)).

(7) The clerk of court is to apply the funds toward defendant Marchand's outstanding restitution balance.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 30th day of June, 2017.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**