**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MISC. ACTION NO.** |
| v. | ) | **2:15mc3719-MHT** |
| | ) | **(WO)** |
| **AMERIPRISE FINANCIAL** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| **BRYAN M. MARCHAND,** | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED JUDGMENT**

Upon consideration of the government's motion for amended judgment (doc. no. 18), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 15) is adopted.

(2) Defendant Bryan M. Marchand's objections (doc. no. 4) are overruled.

(3) Defendant Marchand's motion to quash (doc. no. 4) is denied.

(4) Defendant Marchand's request for payment of attorneys' fees and litigation expenses (doc. no. 4) is denied.

(5) The government's motion for final disposition (doc. no. 13) is granted.

(6) Garnishee Ameriprise Financial Services, Inc. is to (a) sell all of defendant Marchand's assets in its control at the market rate including, but not limited to, any brokerage account, IRA, or Roth IRA, belonging to defendant Marchand, combined with any cash on hand that defendant Marchand owns or controls to create a cash position; (b) then issue a check for the total amount to the Clerk of Court, United States District Court, One Church Street, Suite B-110, Montgomery, Alabama 36104.

(7) The clerk of court is to apply the funds toward defendant Marchand's outstanding restitution balance.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case remains closed.**

**DONE, this the 17th day of July, 2017.**

                                                **/s/ Myron H. Thompson**
                                        **UNITED STATES DISTRICT JUDGE**